FILED

MAY 11 2011

SUSAN M SPRAUL, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

**UNITED STATES BANKRUPTCY APPELLATE PANEL**

**OF THE NINTH CIRCUIT**

| | |
|---|---|
| In re: | BAP No. NV-11-1135 |
| XYIENCE INCORPORATED, | Bk. No. 08-10474 |
| Debtor. | Adv. No. 08-01082 |
| RICHARD E. BERGERON, III, Appellant, | |
| v. | **ORDER** |
| JONATHAN A. BACKMAN; DAVID HERZOG, Liquidating Trustee; MIKE LEVY, Appellees. | |

Before: DUNN and JURY, Bankruptcy Judges.

The Panel has received and considered the election filed by Fertitta Enterprises, Inc., and Zyen, LLC, to have this appeal heard by the United States District Court.

Assuming but not deciding that Fertitta Enterprises, Inc., and Zyen, LLC, have standing in this appeal, the election appears timely and proper. See 28 U.S.C. § 158(c)(1)(a)(B) ("any other party" has thirty days after service of the notice of appeal to file an election).

Therefore, this appeal is ORDERED TRANSFERRED to the United States District Court for the District of Nevada. 28 U.S.C. § 158(c)(1).